Freeburg Law LLC
Ethan Morris, Bar No. 7-6349
PO Box 3442
Jackson, WY 83001
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 5:21-PO-00524-MLC |
| vs. | |
| SAMANTHA DEHRING, | |
| Defendant. | |

### NOTICE OF DEMAND FOR DISCOVERY

COMES NOW Defendant Samantha Dehring and hereby provides notice of this request for discovery pursuant to Rule 16 of the United States District Court Rules of Criminal Procedure and Local Criminal Rule 16.1. Specifically, Defendant requests discovery of:

1. Oral statements made by the Defendant. Fed.R.Crim.P. 16(a)(1)(A).

2. Written or recorded statements made by the Defendant. Fed.R.Crim.P. 16(a)(1)(B). Defendant expects these recordings include:

    a. All video recordings of the encounter.

3. Defendant's prior criminal record. Fed.R.Crim.P. 16(a)(1)(D).

4. Documents and objects. Fed.R.Crim.P. 16(a)(1)(E). Defendant requests inspection and copying of documents or objects related to this case in the Government's possession, custody or control.

5. Reports of examinations and tests. Fed.R.Crim.P. 16(a)(1)(F).

6. Expert witnesses. Fed.R.Crim.P. 16(a)(1)(G). Defendant requests the curriculum vitae and expected testimony of any expert witnesses called by the government.

Dated 8-4-21.

Ethan Morris, Bar No. 7-6349
Freeburg Law LLC
PO Box 3442
Jackson, WY 83001

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was sent to:

United States Attorney's Office
Post Office Box 703
Yellowstone NP, WY 82190

☐ hand delivery
☐ U.S. mail
☐ email
☒ CM-ECF

Dated 8-4-21.

Signed