# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
5:14 pm, 9/7/21
U.S. Magistrate Judge

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 5:21-PO-00524-MLC-1

Samantha R Dehring

Defendant.

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only   ☑ This was a Telephonic Hearing

Date: 09/07/2021   Time: 2:00-2:03   (Telephonic)

| Mark L. Carman | Jessica Jarvis | | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| | U.S. Probation Officer | | |
|---|---|---|---|
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s)   Ethan K Morris

Attorney(s) for Government   Stephanie Hambrick

Other:

Set for Change of Plea on 10/06/2021 at 2:15pm by zoom

WY 51   Rev. 01/04/2021