

**FILED**

3:57 pm, 10/6/21

**U.S. Magistrate Judge**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
| Plaintiff | |
| vs | Case Number   5:21-PO-00524-MLC-1 |
| SAMANTHA R DEHRING | |
| Defendant | |

| | | |
|---|---|---|
| | Violating closures and use limits (1) | Citation Number   (1)(E1059054) |
| Violation Charged | Feeding, touching, teasing, frightening or intentional disturbing of wildlife (2) | (2)(E1059055) |

Date Violation Notice Issued   05/10/2021        Place      Yellowstone National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 2:17-3:15                              Interpreter

Date  October 6, 2021                       Interpreter Telephone

Before the Honorable Mark L. Carman

| Jessica Jarvis | | Zoom |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear        Warrant issued on

☑ Appeared   ☑ By telephone

      ☑ Voluntarily   ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☑ Attorney appearing        Ethan Morris

            ☐ FPD      ☐ PANEL-CJA    ☑ RETAINED

☐ Attorney waived

☐ Court orders case continued to                    at

      reason:

☐ Bail is set at

            ☐ P/R-No Amount    ☐ Unsecured    ☐ Cash/Surety

WY 59                                                    Rev. 07/29/2021

Petty Offenses/Misdemeanors Minute Sheet
5:21-PO-00524-MLC-1

☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made   ☐ orally      ☐ in writing

☑ Informed of charges and rights          Date  October 6, 2021
☑ Defendant arraigned          Date  October 6, 2021
☑ Court accepts plea          Defendant enters  ☑ Guilty          ☐ Not Guilty Plea
☐ Trial      Witnesses

☑ Disposition
    ☐ Not Guilty
    ☑ Guilty          E1059054
    ☑ Dismissed          E1059055 with prejudice
    ☐ Collateral Forfeited
    ☐ *Nolo Contendere*
☐ PSI ordered
☑ Sentence          Date  October 6, 2021
☐ Imposition of jail sentence suspended
☑ Committed to custody for a period of   4 days will surrender by 12:00pm on 10/15/21 to GCDC, release 9:00am 10/19/2021

☑ Probation for a period of          one year
    ☐ With Supervision      ☑ Without Supervision
☑ Special Conditions of Probation
    Obey all laws, pay fines and community service payment by 09/01/2022, ban from Yellowstone National Park during period of probation
☑ Fine          1000.00          Payable  to CVB by 09/01/2022
☐ Restitution          To
☑ Community Service  1000.00          To      Yellowstone Forever Wildlife Protection Fund
☑ Special Assessment  10.00
☑ Processing fee: $   30.00
☐ Defendant advised of right to appeal
☑ Other  written judgment to follow